No. 776, October Term, 1968. UTAH PUBLIC SERVICE COMMISSION *v.* EL PASO NATURAL GAS CO. ET AL., 395 U. S. 464. Motion for modification of mandate (judgment) and other relief denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 70–223. CENTRAL HARDWARE CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 8th Cir. [Certiorari granted, 404 U. S. 1014.] Motion of American Retail Federation for leave to participate in oral argument as *amicus curiae* denied.

No. 70–250. CARLESON, DIRECTOR, DEPARTMENT OF SOCIAL WELFARE, ET AL. *v.* REMILLARD ET AL. [Probable jurisdiction noted, 404 U. S. 1013.] Motion of National Welfare Rights Organization et al. for leave to file a brief as *amici curiae* denied.

No. 71–485. GOTTSCHALK, ACTING COMMISSIONER OF PATENTS *v.* BENSON ET AL. C. C. P. A. [Certiorari granted, *ante,* p. 915.] Motion of petitioner to dispense with printing appendix and to proceed on original record granted. MR. JUSTICE STEWART, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 71–506. UNITED STATES ET AL. *v.* MIDWEST VIDEO CORP. C. A. 8th Cir. [Certiorari granted, 404 U. S. 1014.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.